UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-6-FL-BM-1
NO. 4:24-CR-6-FL-BM-2
NO. 4:24-CR-6-FL-BM-3



FILED IN OPEN COURT
ON 2-13-2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JAA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| CAMERON GERARD CASTOR | ) | |
| JOSHUA ADAM TOWNSEN JR. | ) | |
| COREY DAVON STEWART | ) | |

The Grand Jury charges:

### General Allegations

1.     Beginning on a date unknown to the Grand Jury and continuing through the date of this Indictment, the defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, devised and intended to devise a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises.

2.     The defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, with the intent to defraud and for the purpose of executing such scheme, utilized victims' personal identification information to send online wire communications from Illinois to North Carolina and elsewhere to obtain access to the financial accounts of victims, U.S. military members, in order to take over the victims' accounts.

1

3.     The defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, with the intent to defraud and for the purpose of executing such scheme, knowingly caused to be transmitted, by means of wire communication in interstate commerce, writing, signs, signals, pictures, and sounds, that is online communications, online money transfers, and credit and loan applications.

4.     In addition to the victims listed below, the defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, utilized personal identifying information of at least two hundred and thirty (230) victims to defraud and obtain money by means of false and fraudulent pretenses, representation, and promises.  The amount of successful and attempted transactions exceeds approximately $1,400,000.

## COUNT ONE

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

Beginning on a date unknown to the Grand Jury and continuing through the date of this Indictment, in the Eastern District of North Carolina and elsewhere, the defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, did knowingly combine, conspire, confederate, and agree with one or more persons, both known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by

2

means of materially false and fraudulent pretenses, representations, and promises, for which one or more conspirators transmitted and caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals, pictures, and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

*Purpose of the Conspiracy*

The primary purpose of the conspiracy and the scheme and artifice was for the defendants to falsely obtain money from victims in order to enrich themselves.

*Manner and Means*

The ways, manner and means used to accomplish the foregoing objective of the conspiracy included, but were not limited to the following:

It was part of the conspiracy and the scheme and artifice that the conspirators appropriated and utilized the name, photo, and online social media accounts of a person having initials I.M., a United States Marine.

It was a further part of the conspiracy and the scheme and artifice that the conspirators, impersonating "I.M.," would send online wire communications from Illinois to North Carolina and elsewhere to obtain access to the financial accounts of victims, U.S. military members, in order to take over the victims' accounts.

It was a further part of the conspiracy and the scheme and artifice that the conspirators, once having access to victims' accounts, directed money transfers between victim accounts and conspirator accounts.

It was a further part of the conspiracy and the scheme and artifice that the conspirators, utilizing victims personal identifying information, applied for credit cards and personal loans.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about November 19, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, JOSHUA ADAM TOWNSEN JR., did knowingly, and without lawful authority, use and possess the means of identification of another person during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: defendant used and possessed the name, photograph, and social media account(s) of a person having initials I.M., in a scheme to defraud victim R.A.W., in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS THREE THROUGH SEVEN

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about each of the dates set forth below, in the Eastern District of North Carolina and elsewhere, the defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, aiding and abetting one

4

another, for the purpose of executing the conspiracy described above, caused to be transmitted by means of wire communication in interstate commerce the writings, signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE On or About: | DESCRIPTION |
|---|---|---|
| THREE | 11/19/2022 | Instagram message to R.A.W. regarding a "payout for lower enlisted" military members through Navy Federal and Front Wave Credit Unions. |
| FOUR | 11/27/2022 | $2,300 funds transfer from R.A.W.'s account to TOWNSEN's Cash App account "$Gallerytype." |
| FIVE | 11/27/2022 | $1,350 funds transfer, in 4 transfers, from R.A.W.'s account to STEWART's Apple Cash account # 2620. |
| SIX | 11/28/2022 | $2,000 funds transfer, in 2 transfers, from R.A.W.'s account to STEWART's Apple Cash account # 2620. |
| SEVEN | 11/29/2022 | $2,200 funds transfer from R.A.W.'s account to CASTOR's PayPal account # 3781. |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT EIGHT

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about December 5, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, JOSHUA ADAM TOWNSEN JR., did knowingly, and without lawful authority, use and possess the means of identification of another person during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: defendant used and possessed

the name, photograph, and social media account(s) of a person having initials I.M., in a scheme to defraud victim J.J.H., in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS NINE THROUGH ELEVEN

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about each of the dates set forth below, in the Eastern District of North Carolina and elsewhere, the defendant, JOSHUA ADAM TOWNSEN JR., for the purpose of executing the conspiracy described above, caused to be transmitted by means of wire communication in interstate commerce the writings, signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE On or About: | DESCRIPTION |
|---|---|---|
| NINE | 12/05/2022 | Instagram message to J.J.H. regarding a "payout for lower enlisted" military members through Navy Federal and Front Wave Credit Unions. |
| TEN | 12/13/2022 | $2,100 funds transfer from J.J.H.'s account to TOWNSEN's Cash App account "$Gallerytype." |
| ELEVEN | 12/13/2022 | $2,000 funds transfer, from D.B.L.'s account to J.J.H.'s account. |

Each of the above counts constituting a separate violation of Title 18, United States Code, Section 1343.

## COUNTS TWELVE

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about December 8, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, JOSHUA ADAM TOWNSEN JR., did knowingly, and without lawful authority, use and possess the means of identification of another person during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: defendant used and possessed the name, photograph, and social media account(s) of a person having initials I.M., in a scheme to defraud victim D.B.L., in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS THIRTEEN TO FIFTEEN

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about each of the dates set forth below, in the Eastern District of North Carolina and elsewhere, the defendants, CAMERON GERARD CASTOR, and JOSHUA ADAM TOWNSEN JR., aiding and abetting one another, for the purpose of executing the conspiracy described above, caused to be transmitted by means of wire communication in interstate commerce the writings, signals and sounds described below for each count, each transmission constituting a separate count:

7

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| THIRTEEN | 12/08/2022 | Instagram message to D.B.L. regarding a "payout for lower enlisted" military members through Navy Federal and Front Wave Credit Unions. |
| FOURTEEN | 12/09/2022 | $2,500 funds transfer from D.B.L.'s account to CASTOR's PayPal account # 3781. |
| FIFTEEN | 12/10/2022 | $3,650 funds transfer, in 2 transfers, from D.B.L.'s account to TOWNSEN's Cash App account "$Gallerytype." |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SIXTEEN

Paragraphs 1 through 4 of the General Allegations above are incorporated and re-alleged herein by reference.

On or about June 15, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, JOSHUA ADAM TOWNSEN JR., did knowingly, and without lawful authority, use and possess the means of identification of another person during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: defendant used and possessed the name, photograph, and social media account(s) of a person having initials I.M., in a scheme to defraud victim I.Q., in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS SEVENTEEN TO NINETEEN

Paragraphs 1 through 4 of the General Allegations above are incorporated and

8

re-alleged herein by reference.

On or about each of the dates set forth below, in the Eastern District of North Carolina and elsewhere, the defendants, CAMERON GERARD CASTOR, JOSHUA ADAM TOWNSEN JR., and COREY DAVON STEWART, aiding and abetting one another, for the purpose of executing the conspiracy described above, caused to be transmitted by means of wire communication in interstate commerce the writings, signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| SEVENTEEN | 06/15/2023 | Instagram message to I.Q. regarding a "payout for lower enlisted" military members through Navy Federal and Front Wave Credit Unions. |
| EIGHTEEN | 07/07/2023 | $2,000 funds transfer from I.Q.'s account to CASTOR's CashApp account "camtiggy." |
| NINETEEN | 07/07/2023 | $2,000 funds transfer from I.Q.'s account to STEWART's CashApp account "kustomchopz." |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 1343 and 2.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

2/13/2024
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

9