IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

No. 4:24-CR-6-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION FOR DOWNWARD** |
| | ) | **VARIANCE OR DEPARTURE** |
| JOSHUA ADAM TOWNSEN JR. | ) | |

Defendant Joshua Townsen, by and through undersigned counsel and pursuant to 18 U.S.C. §§ 3553(a) and (b) and U.S.S.G. § 5H1.1, respectfully moves the Court for a downward variance and/or departure and asks the Court to impose a sentence that is lower than the advisory guideline range. Mr. Townsen's history and characteristics, including his youth and lack of any criminal record, weigh heavily in favor of a sentence that is below the guidelines so that the Court may impose a sentence that is sufficient but not greater than necessary.

Date: July 29, 2025                                Respectfully submitted,

By:    */s/ Dhamian A. Blue*
       Dhamian A. Blue
       BLUE LLP
       205 Fayetteville Street, Suite 300
       Raleigh, North Carolina 27601
       Tel: (919) 833-1931
       Fax: (919) 833-8009
       dab@bluellp.com
       N.C. Bar No. 31405
       *CJA Appointed Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I served the foregoing *Motion for Downward Variance or Departure* on all counsel of record via the CM/ECF system.

                                              */s/Dhamian A. Blue*
                                              Dhamian A. Blue