IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

No. 4:24-CR-6-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| JOSHUA ADAM TOWNSEN JR. | ) | |

Defendant Joshua Adam Townsen, Jr. hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit, pursuant to Federal Rule of Appellate Procedure 4(b), of the Judgment in a Criminal Case filed on August 5, 2025, and entered on the docket on August 11, 2025 [DE 163].

Date: August 12, 2025

Respectfully submitted,

By:     */s/ Dhamian A. Blue*
Dhamian A. Blue
BLUE LLP
205 Fayetteville Street, Suite 300
Raleigh, North Carolina 27601
Tel: (919) 833-1931
Fax: (919) 833-8009
dab@bluellp.com
N.C. Bar No. 31405
*CJA Appointed Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I served the foregoing *Notice of Appeal* on the

following counsel for the government through the CM/ECF system:

> Gabriel J. Diaz
> United States Attorney's Office
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> gabriel.diaz@usdoj.gov

*/s/Dhamian A. Blue*
Dhamian A. Blue
